# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re *Solar Semiconductor, Inc.,*

Case No. *13-56002 ASW 7*

Chapter  *7*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $            0.00 | | |
| B-Personal Property | *Yes* | *4* | $    1,554,228.80 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *3* | | $   101,600,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $            0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *11* | | $   271,053,567.74 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *3* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $            0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $            0.00 |
| TOTAL | | 25 | $    1,554,228.80 | $   372,653,567.74 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _Solar Semiconductor, Inc.,_      Case No. _13-56002 ASW 7_
          Debtor                                                   (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Ram Gade_, _Authorized Agent_ of the _Corporation_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _26_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _11/19/2013_

Signature /s/ Ram Gade

Name: _Ram Gade_

Title: _Authorized Agent_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:           Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____      Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re *Solar Semiconductor, Inc.* ,                    Case No. *13-56002 ASW 7*
                    Debtor(s)                                                      (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | **TOTAL $** | *0.00* |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**

In re _Solar Semiconductor, Inc._ ,       Case No. _13-56002 ASW 7_
             Debtor(s)                                           (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified in the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking Account No. 3300571055 with Silicon Valley Bank_ | | _$0.00_ |
| | | _Checking Account No. 3300583643 with Silicon Valley Bank_ | | _$0.00_ |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | _Insurance Policy No. 01-642-61-87 with National Union Fire Insurance Company of Pittsburgh, Pa for Management Laibility, Professional Liability and Crime Coverage._ | | _Unknown_ |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |

Case: 13-56002   Doc# 7   Filed: 11/22/13   Entered: 11/22/13 17:22:17   Page 4 of 27

In re *Solar Semiconductor, Inc.* _____ ,    Case No. *13-56002 ASW 7*
                                Debtor(s)                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *100% interest in Reach Solar Solutions (PTY) Ltd.* | | *Unknown* |
| | | *100% interest in Solar Semiconductor Canada Inc.* | | *Unknown* |
| | | *100% interest in Solar Semiconductor International FZE* | | *Unknown* |
| | | *92% interest in Solar Semicondutor PVT Ltd.* | | *Unknown* |
| | | *99.9% interest in Solar Semiconductor California Corporation* | | *Unknown* |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *Enterprise Business Solutions Attn: Jessie Singh 370 Montague Expressway Milpitas, CA 95035* | | *$320,000.00* |
| | | *Solar Semiconductor Canada Inc 3880 Duke of York Blvd, Mississauga, Suite# 2606, Ontario, Canada, L5B 4M7 Intercompany Debt* | | *$402,253.26* |
| | | *Solar Semiconductor International FZE 105 City Tower, Karama, Dubai UAE Intercompany Debt* | | *$403,722.67* |
| | | *Solar Semiconductor PTY Ltd. Plot No 443/A-28, Road No. 86, Jubilee Hills, Hyderabad- 500 033 AP India. Intercompany Debt* | | *$428,252.87* |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Page __2__ of __4__

In re *Solar Semiconductor, Inc.* , Case No. *13-56002 ASW 7*
                   Debtor(s)                                         (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | *Patents* (See Attachment A) *Current market value unknown* | | *Unknown* |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Computers purchased at $36,219.74. Current market value unknown* | | *Unknown* |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Case: 13-56002   Doc# 7   Filed: 11/22/13   Entered: 11/22/13 17:22:17   Page 6 of 27

In re _Solar Semiconductor, Inc._ ,                    Case No. _13-56002 ASW 7_
                        Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | | |

Total ➡ | $1,554,228.80

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Case: 13-56002    Doc# 7    Filed: 11/22/13    Entered: 11/22/13 17:22:20    Page 7 of 27

B6D (Official Form 6D) (12/07)

In re Solar Semiconductor, Inc. ,                     Case No. 13-56002 ASW 7
_____              _____
            **Debtor(s)**                                        **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>*Andhra Bank*<br>*Dr. Pattabhi Bhavan*<br>*Saifabad*<br>*Hyderabad 500004 India* | X | *Stock pledged*<br><br>*Interest in Solar Semicondutor PVT Ltd.*<br>*Bank of India Consortium*<br><br>Value: *$ 0.00* | | | | *$ 0.00* | *$ 0.00* |
| Account No:<br><br>*Bank of India*<br>*Star House, C-5, G-Block*<br>*Bandra Kurla Complex*<br>* India* | X | *Stock pledged*<br><br>*Interest in Solar Semicondutor PVT Ltd.*<br>*Bank of India Consortium*<br><br>Value: *$ 0.00* | | | | *100,000,000.00* | *100,000,000.00* |

<u>2</u>  continuation sheets attached

|  | Subtotal $ | *$ 100,000,000.00* | *$ 100,000,000.00* |
|---|---|---|---|
|  | (Total of this page) | | |
|  | Total $ | | |
|  | (Use only on last page) | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)    - Cont.

In re _Solar Semiconductor, Inc._ _____,    Case No. _13-56002 ASW 7_
                    **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:  **Export-Import Bank of India Center One Building (Floor 21) World Trade Center Complex   India** | X | Stock pledged  Interest in Solar Semicondutor PVT Ltd. Bank of India Consortium  Value: $ 0.00 | | | | $ 0.00 | $ 0.00 |
| Account No:  **Indian Overseas Bank 763 Anna Salai Chennai 600 002   India** | X | Stock pledged  Interest in Solar Semicondutor PVT Ltd. Bank of India Consortium  Value: $ 0.00 | | | | $ 0.00 | $ 0.00 |
| Account No:  **Putchakayala, Shilpa 5107 Amberwood Drive Fremont CA 94555** | | UCC1   Value: $ 0.00 | X | X | X | $ 400,000.00 | $ 400,000.00 |
| Account No:  **Ross, James Michael 2068 Biarritz Place San Jose CA 95138** | | UCC1   Value: $ 0.00 | X | X | X | $ 1,200,000.00 | $ 1,200,000.00 |
| Account No:  **The Federal Bank Limited Aluva, Kerala Abid Road Hyderabad 500001 India** | X | Stock pledged  Interest in Solar Semicondutor PVT Ltd. Bank of India Consortium  Value: $ 0.00 | | | | $ 0.00 | $ 0.00 |

Sheet no. 1 of 2  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | $ 1,600,000.00 | $ 1,600,000.00 |
| **Total $** (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _Solar Semiconductor, Inc._ _____,     Case No. _13-56002 ASW 7_
                    **Debtor(s)**                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **Union Bank of India 239, Vidhan Bhavan Marg Nariman Point Mumbai 400 021 India** | X | _Stock pledged_ _Interest in Solar Semicondutor PVT Ltd._ _Bank of India Consortium_ Value: _$ 0.00_ | | | | _$ 0.00_ | _$ 0.00_ |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Subtotal $** (Total of this page) | | _$ 0.00_ | _$ 0.00_ |
| | | | | **Total $** (Use only on last page) | | _101,600,000.00_ | _101,600,000.00_ |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re <u>Solar Semiconductor, Inc.</u>,                    Case No. <u>13-56002 ASW 7</u>

                **Debtor(s)**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>   continuation sheets attached

**Official Form 6E (04/13) - Cont.**

In re _Solar Semiconductor, Inc._ ,                          Case No. _13-56002 ASW 7_
            **Debtor(s)**                                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: **Internal Revenue Service Post Office Box 21126 Philadelphia PA 19114** | | _For Notice Purpose_ | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | | |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 0.00 | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 0.00    0.00 |

In re _Solar Semiconductor, Inc._ ,    Case No. _13-56002 ASW 7_
          **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>**A.M. Fitzgerald & Associates**<br>**700 Airport Blvd**<br>**Ste 210**<br>**Burlingame CA 94010** | | | *Assumed debt from Net Crystal* | | | | $ 49,827.68 |
| Account No:<br><br>**ADT Security Services, Inc.**<br>**1501 Yamato Rd**<br>**Boca Raton FL 33431** | | | *Assumed debt from Net Crystal* | | | | $ 615.96 |
| Account No:<br><br>**AL-TAR Services, Inc.**<br>**823 Kifer Rd.**<br>**Sunnyvale CA 94086** | | | *Assumed debt from Net Crystal* | | | | $ 1,844.50 |
| _10_ continuation sheets attached | | | **Subtotal $** | | | | $ 52,288.14 |
| | | | **Total $**<br>(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | | | | |

In re _Solar Semiconductor, Inc._____ ,          Case No. _13-56002 ASW 7_____
               **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Ascensus<br>200 Dryden Road<br>Dresher PA 19025 | | | Assumed debt from Net Crystal | | | | $ 1,900.00 |
| Account No: <br><br> AT&T<br>PO Box 5025<br>Carol Stream IL 60197-5025 | | | | | | | $ 303.16 |
| Account No: <br><br> Berliner Cohen<br>10 Almaden Blvd<br>11th Fl<br>San Jose CA 95113 | | | Assumed debt from Net Crystal | | | | $ 14,702.50 |
| Account No: <br><br> Brand Laser Optics & Mfg<br>4515 Norris Road<br>Fremont CA 94536-6740 | | | Assumed debt from Net Crystal | | | | $ 150.00 |
| Account No: <br><br> City of Sunnyvale<br>456 W. Olive Ave.<br>Sunnyvale CA 94086 | | | Assumed debt from Net Crystal | | | | $ 1,299.69 |

Sheet No. _1_ of _10_ continuation sheets attached to Schedule of                   **Subtotal $**        **$ 18,355.35**
Creditors Holding Unsecured Nonpriority Claims                                     **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Solar Semiconductor, Inc._ , Case No. _13-56002 ASW 7_
_____ _____
**Debtor(s)** **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Cooley LLP 3000 El Camino Real Palo Alto CA 94306 | | | Assumed debt from Net Crystal | | | | $ 736.12 |
| **Account No:** Cooley LLP 3000 El Camino Real Palo Alto CA 94306 | | | Legal fees and expenses | | | | $ 4,034.00 |
| **Account No:** Crawford, Pimentel & Co., Inc. 2150 Trade Zone Blvd #299 San Jose CA 95131 | | | Assumed debt from Net Crystal | | | | $ 2,261.77 |
| **Account No:** Creative Security Company 150 S Autumn St San Jose CA 95110 | | | Assumed debt from Net Crystal | | | | $ 845.00 |
| **Account No:** Crowell & Morning LLP 1001 Pennsylvania Ave NW Washington DC 20004 | | | Legal fees and expenses | | | | $ 57,973.00 |

Sheet No. __2__ of __10__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 65,849.89
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Solar Semiconductor, Inc._ _____ ,      Case No. _13-56002 ASW 7_
         **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br><br>Dave LeHoty<br>c/o Solar Semiconductor, Inc.<br>4633 Old Ironsides Dr, Ste 310<br>Santa Clara CA 95054 | | | Assumed debt from Net Crystal | | | | $ 8,900.00 |
| **Account No:**<br><br>Deutsche Solar GmbH<br>c/o SchmitzKnoth Rechtsanwalte<br>Bertha-von-Suttner-Platz 2-4<br>D-53111 Bonn  Germany | | | German Judgement | | | | $ 3,038,196.00 |
| **Account No:**<br><br>Deutsche Solar GmbH<br>c/o SchmitzKnoth Rechtsanwalte<br>Bertha-von-Suttner-Platz 2-4<br>D-53111 Bonn Germany | | | Trade debt | X | X | X | $ 254,205,581.53 |
| **Account No:**<br><br>Division of Corporations, State of Delaware<br>Franchise Tax<br>PO Box 898<br>Dover DE 19903 | | | | | | | $ 63,105.00 |
| **Account No:**<br><br>EL-CAT Inc.<br>80 Railroad Ave.<br>Ridgefield Park NJ 07660 | | | Assumed debt from Net Crystal | | | | $ 647.96 |

Sheet No. __3__ of __10__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 257,316,430.49
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Solar Semiconductor, Inc._ ,    Case No. _13-56002 ASW 7_
_____**Debtor(s)**_____                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Employment Development Department, State of California P.O. Box 826880, MIC 83 Sacramento CA 94280-0001 | | | | | | | $ 26.00 |
| Account No: <br><br> Enterprise Business Solutions Attn: Jessie Singh 370 Montague Expressway Milpitas CA 95035 | | | For Notice Purpose | | | | $ 0.00 |
| Account No: <br><br> European Patent Convention 80298 Munich Germany | | | Annuity Due Patent Application no. 10 767 761.9 | | | | $ 704.00 |
| Account No: <br><br> First Insurance Funding Corp. 450 Skokie Blvd Ste 1000 Northbrook IL 60062 | | | Insurance premium | | | | $ 3,611.00 |
| Account No: <br><br> Franchise Tax Board, State of California Bankruptcy Section MS A340 P.O. Box 2952 Sacramento CA 95812-2952 | | | | | | | $ 1,600.00 |

Sheet No. _4_ of _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 5,941.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Solar Semiconductor, Inc._ _____ ,          Case No. _13-56002 ASW 7_
          **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Franchise Tax Board, State of California<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | | | Assumed debt from Net Crystal | | | | $ 800.00 |
| Account No:<br><br>Gowling Lafleur Handerson LLP<br>50 Queen St N., Ste 1020<br>PO Box 2248<br>Kitchener Ontario N2H 6M2 Canada | | | Professional fees and expenses | | | | $ 2,236.00 |
| Account No:<br><br>Hari Surapaneni<br>8-2-293/82/L/271/A<br>MLA Colony, Road#12<br>Banjara Hills Hyderabad 500034 India | | | Loan (Promissory Note); Advances | | | | $ 175,000.00 |
| Account No:<br><br>Icemos Technology Ltd.<br>5 Hannahstown Hill, Belfast<br>County Antrim, BT17 0LT<br>Great Britain | | | Assumed debt from Net Crystal | | | | $ 7,023.96 |
| Account No:<br><br>Impattern Solutions<br>8028 Via Verde Drive<br>Austin TX 79739 | | | Assumed debt from Net Crystal | | | | $ 2,900.00 |

Sheet No. _5_ of _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 187,959.96
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Solar Semiconductor, Inc._ ,                Case No. _13-56002 ASW 7_
         **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Jeffrey Y. Suto, a Professional Corp<br>352 Caprino Way<br>San Carlos CA 94070 | | | Assumed debt from Net Crystal | | | | $ 4,522.00 |
| Account No:<br><br>Jenoptik Polymer Systems, Inc.<br>150 Lucius Gordon Dr.<br>Ste 201<br>West Henrietta NY 14586 | | | Assumed debt from Net Crystal | | | | $ 835.00 |
| Account No:<br><br>JH Technologies, Inc.<br>225 Hammond Ave.<br>Fremont CA 94539 | | | Assumed debt from Net Crystal | | | | $ 3,495.24 |
| Account No:<br><br>Kevin Huang<br>c/o Solar Semiconductor, Inc.<br>4633 Old Ironsides Dr, Ste 310<br>Santa Clara CA 95054 | | | Assumed debt from Net Crystal | | | | $ 2,035.00 |
| Account No:<br><br>LSG Solicitors<br>35 Piccadilly<br>London W1J 0LP<br>Great Britain | | | Legal fees and expenses | | | | $ 3,757.00 |

Sheet No. _6_ of _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 14,644.24

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Solar Semiconductor, Inc._____ ,     Case No. _13-56002 ASW 7_____

        **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Morgan, Lewis & Bockius LLP <br> 3000 El Camino Real, Suite 700 <br> Palo Alto CA 94306 | | | Assumed debt from Net Crystal | | | | $ 34,330.00 |
| Account No: <br><br> Nanolab Technologies <br> 1708 McCarthy Blvd <br> Milpitas CA 95035 | | | Assumed debt from Net Crystal | | | | $ 3,698.00 |
| Account No: <br><br> National Instruments <br> 11500 N Mopac Expwy <br> Austin TX 78759-3504 | | | Assumed debt from Net Crystal | | | | $ (200.00) |
| Account No: <br><br> Neeka Accountancy Corporation <br> 1 North Main Street <br> Ste 4 <br> Milpitas CA 95035-3724 | | | Professional fees and expenses | | | | $ 2,000.00 |
| Account No: <br><br> Orrick, Herrington & Sutcliffe LLP <br> Heinrich-Heine-Allee 12 <br> Düsseldorf 40213 <br> Germany | | | Legal fees and expenses | | | | $ 125,747.00 |

Sheet No. __7__ of ___10___ continuation sheets attached to Schedule of                    **Subtotal $** | $ 165,575.00
Creditors Holding Unsecured Nonpriority Claims                                                          **Total $** |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Solar Semiconductor, Inc._ ,                    Case No. _13-56002 ASW 7_
   **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Orrick, Herrington & Sutcliffe LLP<br>43/F GloucesterTower, Landmark<br>15 Queen's Road Central<br>Hong Kong Peoples Rep of China | | | Legal fees and expenses | | | | $ 58,964.00 |
| Account No:<br><br>Peter Peumans<br>c/o Solar Semiconductor, Inc.<br>4633 Old Ironsides Dr, Ste 310<br>Santa Clara CA 95054 | | | Assumed debt from Net Crystal | | | | $ 45,000.00 |
| Account No:<br><br>Ram Gade<br>c/o Solar Semiconductor<br>MLA Colony, 12, Banjara Hills<br>Hyderabad  500034 India | | | Advances | | | | $ 3,611.00 |
| Account No:<br><br>Ramesh Nedadur<br>25-6810 Meadowvale Town Center<br>Mississauga<br>Ontario L5N 7T5 Canada | | | | | | | $ 4,815.00 |
| Account No:<br><br>Ravi Anaparti<br>c/o Royse Law Firm<br>1717 Embarcadero Road<br>Palo Alto CA 94303 | | | Director Sitting fee | | | | $ 20,000.00 |

Sheet No. _8_ of _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 132,390.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Solar Semiconductor, Inc._____,    Case No. _13-56002 ASW 7___
           **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Sheppard Mullin Richter & Hampton LLP 379 Lytton Ave Palo Alto CA 94301-1432 | | | Legal fees and expenses | | | | $ 27,000.00 |
| Account No: Sidley Austin LLP 1001 Page Mill Road Building 1 Palo Alto CA 94304 | | | Legal fees and expenses | | | | $ 307,422.00 |
| Account No: Solar Semiconductor California Corporation 4633 Old Ironsides Dr. Ste 310 Santa Clara CA 95054 | | | Money advanced | | | | $ 4,293,101.12 |
| Account No: Stanford University 450 Serra Mall Stanford CA 94305 | | | Assumed debt from Net Crystal | | | | $ 58,351.58 |
| Account No: Structure Law Group 1754 Technology Dr Ste 135 San Jose CA 95110 | | | Legal fees and expenses | | | | $ 42,973.00 |

Sheet No. __9__ of __10__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 4,728,847.70

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Solar Semiconductor, Inc._ ,        Case No. _13-56002 ASW 7_
       **Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | X | | X | X | X | $ 8,359,852.00 |
| SunPower Corporation Attn: General Counsel 77 Rio Robles San Jose CA 95134 | | Trade debt | | | | |
| Account No: | | | | | | $ 4,058.97 |
| Ultrasil Corporation 3527 Breakwater Ave. Hayward CA 94545 | | Assumed debt from Net Crystal | | | | |
| Account No: | | | | | | $ 1,375.00 |
| Virginia Semiconductor, Inc. 1501 Powhatan Street Fredericksburg VA 22401 | | Assumed debt from Net Crystal | | | | |
| Account No: | | | | | | |
| | | | | | | |
| Account No: | | | | | | |
| | | | | | | |

Sheet No. _10_ of _10_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal $**     $ 8,365,285.97

                                  **Total $**     $ 271,053,567.74

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Solar Semiconductor, Inc._ _____ / Debtor       Case No. _13-56002 ASW 7_

                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _National Union Fire Insurance Company of Pittsburgh, Pa._<br>_175 Water Street_<br>_New York NY  10038-4969_ | Contract Type:_Insurance Policy_<br>Terms: _1/31/2013 to 1/31/2014_<br>Beginning date:<br>Debtor's Interest:<br>Description:_Endorsement No. 18 and Endorsement No.19_<br><br>Buyout Option: |
| _National Union Fire Insurance Company of Pittsburgh, Pa_<br>_175 Water Street_<br>_New York NY  10038-4969_ | Contract Type:_Insurance Policy_<br>Terms: _1/31/2013 to 1/31/2014_<br>Beginning date:<br>Debtor's Interest:<br>Description: _Insurance Policy for Management Liability, Professional Liability and Crime Coverage_<br>Buyout Option: |

Page _1_ of _1_

In re _Solar Semiconductor, Inc._ / Debtor    Case No. _13-56002 ASW 7_
(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Hari Surapaneni<br>8-2-293/82/L/271/A<br>MLA Colony, Road#12<br>Hyderabad 500033 India | Andhra Bank<br>Dr. Pattabhi Bhavan<br>Saifabad<br>Hyderabad 500004 India<br><br>Bank of India<br>Star House, C-5, G-Block<br>Bandra Kurla Complex<br>  India<br><br>Export-Import Bank of India<br>Center One Building (Floor 21)<br>World Trade Center Complex<br>  India<br><br>Indian Overseas Bank<br>763 Anna Salai<br>Chennai 600 002<br> India<br><br>The Federal Bank Limited<br>Aluva, Kerala<br>Abid Road<br>Hyderabad 500001 India<br><br>Union Bank of India<br>239, Vidhan Bhavan Marg<br>Nariman Point<br>Mumbai 400 021 India |
| Sakhamuri Satyanarayana Prasad<br>R/o. Plot No. 443,/A,<br>Road No.86<br>Jubilee Hills Hyderabad 37   India | Andhra Bank<br>Dr. Pattabhi Bhavan<br>Saifabad<br>Hyderabad 500004 India<br><br>Bank of India<br>Star House, C-5, G-Block<br>Bandra Kurla Complex<br>  India |

In re _Solar Semiconductor, Inc._ _____ / Debtor   Case No. _13-56002 ASW 7_

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Sakhamuri Satyanarayana Prasad...continued_ | _Export-Import Bank of India_<br>_Center One Building (Floor 21)_<br>_World Trade Center Complex_<br>_India_<br><br>_Indian Overseas Bank_<br>_763 Anna Salai_<br>_Chennai 600 002_<br>_India_<br><br>_The Federal Bank Limited_<br>_Aluva, Kerala_<br>_Abid Road_<br>_Hyderabad 500001 India_<br><br>_Union Bank of India_<br>_239, Vidhan Bhavan Marg_<br>_Nariman Point_<br>_Mumbai 400 021 India_ |
| _Solar Semiconductor Calif Corp_<br>_4633 Old Ironsides Dr_<br>_Ste. 310_<br>_Santa Clara CA 95054_ | _SunPower Corporation_<br>_Attn: General Counsel_<br>_77 Rio Robles_<br>_San Jose CA 95134_ |
| _Solar Semiconductor PVT Ltd._<br>_Plot No. 443/A-28_<br>_Road No.86, Jubilee Hills_<br>_Hyderabad 500 033 AP India_ | _Andhra Bank_<br>_Dr. Pattabhi Bhavan_<br>_Saifabad_<br>_Hyderabad 500004 India_<br><br>_Bank of India_<br>_Star House, C-5, G-Block_<br>_Bandra Kurla Complex_<br>_India_<br><br>_Export-Import Bank of India_<br>_Center One Building (Floor 21)_<br>_World Trade Center Complex_<br>_India_<br><br>_Indian Overseas Bank_<br>_763 Anna Salai_<br>_Chennai 600 002_<br>_India_ |

In re _Solar Semiconductor, Inc._ _____ / Debtor    Case No. _13-56002 ASW 7_
                                                                          (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Solar Semiconductor PVT Ltd....continued_ | _SunPower Corporation_<br>_Attn: General Counsel_<br>_77 Rio Robles_<br>_San Jose CA  95134_<br><br>_The Federal Bank Limited_<br>_Aluva, Kerala_<br>_Abid Road_<br>_Hyderabad 500001 India_<br><br>_Union Bank of India_<br>_239, Vidhan Bhavan Marg_<br>_Nariman Point_<br>_Mumbai 400 021 India_ |